**FILED - GR**
September 17, 2018 11:27 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /_____ SCANNED BY: /WW 9/18/18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BRUNEAU

    Plaintiff,

v.

CASE NO: 1:18-CV-598

CITY OF HILLSDALE, STEVE PRATT,
BRADLEY MARTIN, SHELBY RATHBUN,
DUSTIN ZIMMERMAN, and COREY DOW,
in their individual and official capacities

HON: GORDON J. QUIST

    Defendants.

| |
|---|
| JOSEPH BRUNEAU, in pro per <br> Self-represented Plaintiff <br> 5020 Carson Ave. SW <br> Grand Rapids, MI 49548 <br> (616) 238-8558 |

## MOTION TO DENY DEFENDANTS' MOTION TO QUASH

## SERVICE OF PROCESS

**NOW COMES** Plaintiff, **JOSEPH BRUNEAU**, in pro per, and moves to deny

Defendant's Motion to Quash service of process and let the above case continue. In support of

this motion, plaintiff states:

1.  Plaintiff made the best attempt possible, given the circumstances, to follow the Court's rules with regard to properly serving Defendants in this case. Please see enclosed Brief. WHEREFORE, Plaintiff asks this Court to recognize he made proper efforts regarding his obligation to serve process on Defendants as outlined in the United States District Court Western District of Michigan FILING YOUR LAWSUIT IN FEDERAL COURT handbook, and disregard Defendants' motion to dismiss Plaintiff's civil action, and allow it to continue.

Respectfully Submitted,

JOSEPH BRUNEAU
in pro per

BY: **s/ Joseph Bruneau**
Self-represented Plaintiff
5020 Carson Ave. SW
Grand Rapids, MI 49548
(616) 238-8558

Dated: September. 6, 2018

JOSEPH BRUNEAU
2967 DUNDAS ST. W UNIT 259
TORONTO ON M6P 1Z2
CANADA



CLERK OF COURTS
U.S. DISTRICT COURT, WESTERN DISTRICT, S. DIV.
399 FEDERAL BUILDING
110 MICHIGAN ST. NW
GRAND RAPIDS, MI. 49503
USA