UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BRUNEAU,

       Plaintiff,                              Case No. 1:18−cv−00598−GJQ−PJG

v.                                         Hon. Gordon J. Quist

HILLSDALE, CITY OF, et al.,

       Defendants.
_____/

## **ORDER**

      Plaintiff's Motion To Withdraw Motion To Compel Compliance With Subpoena (ECF No. 47) is GRANTED. Plaintiff's Motion to Compel (ECF No. 44) is hereby WITHDRAWN.

      IT IS SO ORDERED.

Dated:  February 8, 2019                         /s/ Gordon J. Quist
                                                         GORDON J. QUIST
                                                         United States District Judge