UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BRUNEAU,

    Plaintiff,

v.                                                                                    Case No. 1:18-CV-598

CITY OF HILLSDALE, et al.,                                        HON. GORDON J. QUIST

    Defendants.
_____/

## **JUDGMENT**

Judgment is hereby entered in favor of Defendants and against Plaintiff.

This case is concluded before this Court.

Dated: July 11, 2019                                        /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE